IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA DAVIES, Personal Representative of the Estate of Duane E. Davies, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3203 |
| v. | ) ) | |
| BNSF RAILWAY COMPANY, a Delaware Corporation, and BOX BUTTE COUNTY, NEBRASKA, (for purposes of apportionment only), | ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

Defendant BNSF Railway Company has filed a motion (filing 26) to extend the deadlines for filing motions to dismiss and/or motions for summary judgment and for disclosure of BNSF's experts due to Plaintiff's counsel's failure to comply with the court's previous order (filing 23) to produce initial disclosures, answers to BNSF's interrogatories, and responses to BNSF's requests for production of documents by April 29, 2009. I shall grant Defendant's motion.

IT IS ORDERED:

1. Defendant BNSF Railway Company's motion (filing 26) to extend the deadlines set forth in the court's prior order (filing 14) for filing motions to dismiss and/or motions for summary judgment and for disclosure of BNSF's experts is granted;

2. The deadline for filing motions to dismiss and/or motions for summary

judgment is extended to June 15, 2009;

      3.    The deadline for BNSF's disclosure of experts is extended to June 29, 2009.

      DATED this 6th day of May, 2009.

                          BY THE COURT:
                          s/ *Richard G. Kopf*
                          United States District Judge