IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA DAVIES, Personal Representative of the Estate of Duane E. Davies, Deceased, | ) ) ) ) | 4:08cv03203 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| BNSF RAILWAY COMPANY, a Delaware Corporation, and BOX BUTTE COUNTY, Nebraska (for purposes of apportionment only), | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on Defendant BNSF's motion (filing 28) to extend the deadlines in the court's order of May 6, 2009 (filing 27), for filing motions to dismiss and/or summary judgment, which is currently June 15, 2009, and Defendant's disclosure of experts, which is currently June 29, 2009.

**IT IS ORDERED:**

1.      Defendant BNSF's motion to extend (filing 28) the deadlines in the court's order of May 6, 2009 (filing 27), for filing motions to dismiss and/or summary judgment, and for Defendant's disclosure of experts is granted;

2.      Defendant BNSF shall have until August 14, 2009, to file a motion to dismiss and/or summary judgment, and Defendant shall disclose experts on or before August 28, 2009.

DATED this 16th day of June, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge