IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDA DAVIES, Personal Representative of the Estate of Duane E. Davies, Deceased,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>　　　　　Defendant. | 4:08CV3203<br><br>**JUDGMENT** |

　　Pursuant to the memorandum and order entered this date, this action is dismissed in its entirety without prejudice.

　　DATED this 23rd day of July, 2009.

　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　United States District Judge